FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
APR 20 2026
GARY P. SERDAR
CLERK OF COURT
BY ______ DEPUTY CLERK

Name: Summer D Johnson
Address: 1300 east Center Provo 84063
Telephone: 801 344-4200

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**__________ DIVISION**

Summer dawn Johnson
(Full Name)
PLAINTIFF

vs.

Deputy Kendall
Lt. Page
Sgt wilber
Sgt. Nielson

DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 2:26-cv-00330
Assigned To : Nielson, Howard C., Jr
Assign. Date : 4/20/2026
Description: Johnson v Kendall et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

a. [X] 42 U.S.C. §1983
b. [X] 42 U.S.C. §1985
c. [ ] Other (Please Specify) __________

2. NAME OF PLAINTIFF Summer dawn Johnson
IS A CITIZEN OF THE STATE OF UTAH

PRESENT MAILING ADDRESS: 1300 east Center St.
Provo Ut 84063

3. NAME OF FIRST DEFENDANT Deputy Kendall
IS A CITIZEN OF Salt lake City Utah
(City and State)

IS EMPLOYED AS Deputy Officer at Salt lake County Metro Jail
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES [X] NO [ ] If your answer is "YES" briefly explain.

He is a Deputy at the Metro Jail
In Salt Lake County
Corrections facility

4. NAME OF SECOND DEFENDANT Lt Page
(If applicable)

IS A CITIZEN OF Salt Lake County Utah
(City and State)

IS EMPLOYED AS Lieutenant at Salt Lake County Metro Jail.
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES [X] NO [ ] If your answer is "YES" briefly explain.

He is a Lieutenant at
the Salt Lake County Corrections
facility Metro Jail.

5. NAME OF THIRD DEFENDANT Sgt. Wilber
(If applicable)

IS A CITIZEN OF Salt lake City Ut.
(City and State)

IS EMPLOYED AS Metro County Jail at Jail.
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES [X] NO [ ] If your answer is "YES" briefly explain.

he is a Sgt who answers the Sexual assault grievances.

6. NAME OF FOURTH DEFENDANT Sgt Nielson
(If applicable)

IS A CITIZEN OF Salt Lake County
(city and State)

IS EMPLOYED AS Metro County Jail at Jail.
(Position and Title if Any) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES [X] NO [ ] If your answer is "YES" briefly explain.

he is a Sgt who answers the grievances.

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

multiple sexual assaults at the jail. that have been rejected on grievances improper investigations: no PREA REPORTING no procedure was followed by Health Services.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count I: sexual assault by officer

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
enlarged penis while conducting clothing exchange for sexual his pleasure. my hands moved down his shaft of his penis. his penis is extremely long and large. he pressed his penis towards my cuff port.

b. (1) Count II: interferred investigation with PREA.

(2) Supporting Facts: on the appeal process Lt. Page. closed the entire investigation notified the people of the investigation and manipulated the grievance process and reveiwed my complaint without Clearance breached the PREA System and Process

c. (1) Count III: Rejected Grievances / denied initial Action Taken = Not Grievable

(2) Supporting Facts: Signed only by one Sgt. Wilber on Read and received also Disposition final returned to prisoner by date and time all by the same person the same Description of Grievance covered up sexual assalt (assault)

## D. INJURY

1. How have you been injured by the actions of the defendant(s)?

yes, mentally I feel in fear for my life. and my childrens safety and the well being of future interactions of all officers

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES [ ] / NO [X]. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

a. Parties to previous lawsuit:

Plaintiff(s): ________

Defendant(s): ________

b. Name of court and case or docket number: ________

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. manipulation of Power in a Higher position in a Corrections facility faulty and inaccurate procedure, no ligitimate protocal time and day manipulation. Use of fear to try and silence the crimes in question with connected organizations.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? sexual assault, improper investigation. closed PREA investigation by a Lt. Page. Deputy Kendall was the offender. closed investigation 12/11/25 Lt. Page. sexual assault by Deputy Kendall 11-13-25 at the Salt Lake County Jail metro. Sgt. Wilber. 12-15-25 grievance. 12-14-25 Sgt. Nielson Capt. Bennett 12-21-25

B. What date and approximate time did the events giving rise to your claim(s) occur? 11-13-25 on and around 8:00pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* unexceptable sexual behavior from Deputy Kendall. Sexual assault occured during clothing exchange. by Deputy Kendall. no one else was acting inappropiate. at the time the Sexual assault occured unless Lt. Page was aware and watching the Cameras. I am unaware of any witness statements. Cameras should have footage of the Deputy who seemed to me to be concerned. I was in my cell and I am unaware of witnesses besides the camera that was directly above my cell

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____________________

d. Issues raised: ____________________

____________________

____________________

e. When did you file the lawsuit? ____________________
Date Month Year

f. When was it (will it be) decided? ____________________

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES [ ] / NO [ ]. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

____________________

____________________

____________________

____________________

____________________

____________________

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

clean record, not to be attacked by the police. anymore. or put in any corrections facilities and money would be appreaciated.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at Provo Ut on 4-8-26 20 26
(Location) (Date)

Summer Johnson
Signature